UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE: NINE WEST LBO SECURITIES
LITIGATION

20 **MD** 2941 (JSR)
**JUDGMENT**

Pertains to All Associated Actions

-------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 27, 2020, the Court has dismissed all fraudulent conveyance and unjust enrichment claims with respect to payments made in connection with common shares, restricted shares, share equivalent units, and accumulated dividends. In addition, because all of the claims in the complaints in the following actions have now been dismissed, the judgment is entered in favor of defendants in 20-cv-4286, 20-cv-4289, 20-cv-4299, 20-cv-4434, 20-cv-4440, 20-cv-4479, and 20-cv-4480.

**Dated:** New York, New York
August 28, 2020

**RUBY J. KRAJICK**

Clerk of Court

BY:  _KMango_
Deputy Clerk